In the Matter of the Accounting of ANTHONY REISER et al.,
Assignee, etc.

(Argued April 20, 1880 ; decided June 1, 1880.)

*E. S. Wood* for appellant.

*J. Newton Fiero* for respondent.

Agree to affirm on opinion of court below.
All concur.
Order affirmed.

---

PHILIP A. MADAN, Respondent, *v.* JEROME COVERT et al.
Appellants.

(Argued April 28, 1880 ; decided June 1, 1880.)

*Flamen B. Candler* for appellants.

*T. C. Campbell* for respondent.

Agree to affirm order and for judgment absolute on stipulation.  No opinion.
All concur.
Order affirmed and judgment accordingly.